# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 20, 2019

## NO. 03-19-00518-CR

**David Wayne Ford, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 424TH DISTRICT COURT OF BLANCO COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE KELLY

This is an interlocutory appeal from the trial court's orders denying various motions by appellant. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.